# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

SAUL MARTINEZ,
Plaintiff,

v.

MEDICAL DEPARTMENT AT
WHITEVILLE CORRECTIONAL
FACILITY,
Defendants,

CASE NUMBER: 1:12-cv-1175-T

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/2/12, the complaint is DISMISSED without prejudice, pursuant to Fed.R.Civ.P.41(b).


**APPROVED:**

    s/ **James D. Todd**
    JAMES D. TODD
    UNITED STATES DISTRICT JUDGE


**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**